JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARMA H., <br>     Plaintiff <br>     v. <br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br>     Defendant. | Case No. 5:21-cv-01630-GJS <br><br> **JUDGMENT** |

    Pursuant to the Court's Memorandum Opinion and Order,

    IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is AFFIRMED and this action is DISMISSED WITH PREJUDICE.

DATED: February 13, 2023

                                                                     _____

                                                                    GAIL J. STANDISH <br>
                                                                    UNITED STATES MAGISTRATE JUDGE